# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **TARAKAA BERTRAND** | ) | |
| *Plaintiff* | ) | |
| v. | ) Case No. | **15-CV-01128-WWE** |
| **YALE UNIVERSITY** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**TARAKAA BERTRAND**

Date: **AUGUST 21, 2015**

*Attorney's signature*

**MILO SILBERSTEIN, CT22747**

*Printed name and bar number*

**DEALY SILBERSTEIN & BRAVERMAN
225 BROADWAY, SUITE 1405
NEW YORK, NY 10007**

*Address*

msilberstein@dsblawny.com

*E-mail address*

212-385-0066

*Telephone number*

212-385-2117

*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on       Aug 21, 2015       , a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
*Attorney's signature*