UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TARAKAA BERTRAND | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-cv-01128-WWE |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | October 20, 2015 |
| Defendant | : | |

## MOTION FOR EXTENSION OF TIME

The defendant respectfully requests this Court to grant an extension of time of thirty (30) days up to and including December 4, 2015, within which to respond to the Plaintiff's First Set of Interrogatories and Request for Production dated September 28, 2015 and received on October 5, 2015. The reason for this request is that it will take defendant's employees substantial time to assemble the information requested by the plaintiff, and it is anticipated that the defendant will not be able to assemble that information within the time permitted by the Federal Rules for a response. Plaintiff's counsel has indicated that he has no objection to the granting of this motion. In addition, defendants have agreed to plaintiff's request for an extension until December 4, 2015 within which to respond to the defendant's Interrogatories and Request for Production directed to the plaintiff dated September 30, 2015.

THE DEFENDANT, YALE UNIVERSITY

BY: /s/ Patrick M. Noonan  (#ct00189)
Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                        _____/s/_____
                                                             Patrick M. Noonan